OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs, in each of these cases.
 

 Whether the relationships of the bundle-haulers and the motor route carriers with the publishers are those of employees or independent contractors involves resolution of questions of fact. We agree with the Appellate Division that in each case, taken as a whole the proof in the record constituted substantial evidence sustaining the determination of the Unemployment Insurance Appeal Board that the relationship was that of employer-employee.
 

 Chief Judge Cooke and Judges Jasen, Jones, Wacht-. ler, Fuchsberg, Meyer and Simons concur.
 

 In each case: Order affirmed, with costs, in memorandum.